IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RHONDA FOGG**                                                                                    **PLAINTIFF**

v.                         Case No. 3:21-cv-00140-JTK

**KILOLO KIJAKAZI,** *Acting Commissioner*,
Social Security Administration                                                        **DEFENDANT**

## ORDER

Defendant's unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint. *Doc.* 07. Is **GRANTED**. Defendant has until **December 10, 2021**, to file the electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

SO ORDERED THIS 12th day of October, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE